# Exhibit B



# Patients & Families

## Patient Rights and Responsibilities

Florida Hospital has a deep and abiding respect for our patients and their rights. As a patient you have the right and responsibility to be informed and participate in every consideration about your care and treatment. If you are unable to do so, then your rights can be legally transferred and overseen by someone who you trust/desire to make decisions for you when you are temporarily incapacitated. In all situations if at any point you, our hospital team, or your family have concerns or other needs, please let us know. Our mission is to uphold your rights and to support a culture where you and your family are empowered partners in your care. Here is the full text of our patient rights and responsibilities:

## Patient's Rights

As a patient, you have the right to:

- Impartial access to medical treatment or accommodations, regardless of race, color, religion, sex, or national origin or source of payment.
- The right to considerate, respectful, medical care in a safe and clean environment free from all forms of abuse or harassment.
- Know the rights and medical services and available resources within our facility.
- Request notification of a family member or representative and your treating physician promptly upon admission to the hospital.
- Communicate with your health care provider concerning your medical health and treatment, including alternative cases and prognosis.
- Be informed of the outcomes of care, treatment and services that have been provided, including any unanticipated outcomes.
- Assessment and management of your pain.
- Request and refuse any care, treatment or services, except as otherwise provided by law.
- Form an Advance Directive and have your physician(s) and hospital staff honor the intent of that directive.
- Privacy and confidentiality of records to the extent required by law.
- Be free from physical restraints and drugs used as a restraint, except where such restrictions or restrictive interventions have been determined to be necessary.
- Be treated with courtesy and respect, with appreciation of your individual dignity and an environment that contributes to a positive self-image.
- Be free from mental, physical, sexual and verbal abuse, neglect and exploitation.
- Protection of your need for privacy and to receive care in a safe setting.
- Confidentiality of your health information.

- Access to information contained within your medical record within a reasonable time.
- Know what rules and regulations apply to your conduct.
- Know what patient support services are available, including whether an interpreter is available if you do not speak English.
- Access protective and advocacy services
- Know if medical treatment is for the purpose of experimental research and to give your consent or refusal to participate in such research.
- Be given information and counseling on the availability of known financial resources for your care upon request.
- To know upon request and in advance of treatment, whether the healthcare provider or healthcare facility accepts the Medicare assignment rate.
- Receive, upon request and prior to treatment, a reasonable estimate of charges for medical care.
- Receive a copy of a reasonably clear and understandable itemized bill, and upon request, have charges explained.
- Have the hospital address you or your family's concerns or complaints about your care or services provided.
- Express grievances regarding any violation of your rights as stated in Florida law, through the grievance procedure of the healthcare provider or healthcare facility that served you and to the appropriate state licensing agency.

## Patient Responsibilities

As a patient you are responsible for:

- Providing to your healthcare provider, to the best of your knowledge, accurate and complete information about present complaints, past illnesses, prior hospitalizations, medications and other matters related to your health.
- Reporting unexpected changes in your condition to your healthcare provider.
- Reporting to your physician whether you comprehend a contemplated course of action and what is expected of you.
- Following the treatment plan recommended by your healthcare provider.
- Keeping appointments and, when you are unable to do so for any reason, notifying the healthcare provider or healthcare facility.
- Taking responsibility for your actions if you refuse treatment or do not follow the healthcare provider's instructions.
- Assuring that the financial obligations of your healthcare are fulfilled as promptly as possible.
- Following the healthcare facilities' rules and regulations affecting patient care and conduct.

Patients & Families    Patient Rights

# THE SKILL TO HEAL. THE SPIRIT TO CARE. ®

---

**Florida Hospital System**

| | |
|---|---|
| Facebook | Employees  Careers  News & Media  Contact  Giving  About Us  Our Mission |
| Twitter | History & Organization  Government & Public Affairs  Quality Measures  Vendors  Privacy Policy |
| YouTube | Patient Rights & Responsibilities  Patient Privacy  Medline Plus  Gift Shop  Patient Safety |
| | Publications |

Flagler 47 min        Oceanside 4 min                                    See All ER Wait Times  >