UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD FAIRCLOTH,

    Plaintiff,

v.                                            Case No.  6:13-cv-572-ORL-37TBS

ADVENTIST HEALTH SYSTEM/SUNBELT,
INC.,

    Defendant.
_____/

## ORDER

Pending before the Court is Florida Hospital's Motion to Stay Discovery Pending the Court's Determination of Subject Matter Jurisdiction and Request for Oral Argument (Doc. 14).  Plaintiff does not oppose the motion (Doc. 19).  Upon due consideration, the motion for stay is GRANTED in part.  All discovery in this case is STAYED for 60 days from the rendition of this Order or until the Court rules on Defendant's Motion to Dismiss, whichever occurs first.  The request for oral argument is DENIED.

    IT IS SO ORDERED.

    DONE AND ORDERED in Orlando, Florida, on May 20, 2013.

THOMAS B. SMITH
United States Magistrate Judge

    Copies to all Counsel